# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLAIRE'S BOUTIQUES, INC., a Michigan corporation,<br><br>Defendant. | CASE NO. 2:21-CV-00492-JAM-JDP<br><br>Hon. John A. Mendez<br><br>**ORDER RE: STIPULATION AND JOINT REQUEST FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**<br><br>Complaint filed: March 18, 2021 |

The Parties' Stipulation and Joint Request for Extension of Time for Defendant to Respond to the Complaint was reviewed and considered by this Court.

It appearing to the satisfaction of the Court and good cause showing, **IT IS SO ORDERED:**

The deadline for Defendant, Claire's Boutiques, Inc., to respond to Plaintiff Brian Whitaker's Complaint shall be June 28, 2021.

DATED: May 18, 2021  /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE